IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **ROLLAND SEAN TOWLES,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:15cv146-MHT |
| | ) | (WO) |
| **DR. BOB MENDLE, et al.,** | ) | |
| | ) | |
| Defendants. | ) | |

### ORDER

It is ORDERED that the motions for temporary restraining order (doc. nos. 63, 72, and 73) are denied.

It is further ORDERED that this case is referred back to the United States Magistrate Judge for further proceedings.

DONE, this the 25th day of June, 2015.

                 /s/ Myron H. Thompson
                 **UNITED STATES DISTRICT JUDGE**