IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
ROLLAND SEAN TOWLES,          )
                              )
       Plaintiff,             )
                              )      CIVIL ACTION NO.
       v.                     )        2:15cv146-MHT
                              )            (WO)
DR. BOB MENDLE, et al.,       )
                              )
       Defendants.            )
```

ORDER

It is ORDERED that the motion for temporary restraining order (doc. no. 133) is denied.

It is further ORDERED that this case is referred back to the United States Magistrate Judge for further proceedings.

DONE, this the 21st day of September, 2015.

　　　　　/s/ Myron H. Thompson
　　　　UNITED STATES DISTRICT JUDGE