IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| **ROLLAND SEAN TOWLES,**         )<br>                                 )<br>     Plaintiff,                 )<br>                                 )<br>     v.                         )<br>                                 )<br>**DR. BOB MENDLE, et al.,**      )<br>                                 )<br>     Defendants.                )  | CIVIL ACTION NO.<br>2:15cv146-MHT<br>(WO) |

**ORDER**

After an independent and de novo review of the recommendation of the magistrate judge, to which no objection has been filed, it is ORDERED as follows:

(1) The recommendation of the magistrate judge (doc. no. 129) is adopted.

(2) The motions for preliminary injunction (doc. nos. 72 and 73) are denied.

(3) This case is referred back to the magistrate judge for further appropriate proceedings.

DONE, this the 25th day of November, 2015.

　　　　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**