IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **ROLLAND SEAN TOWLES,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:15cv146-MHT |
| | ) | (WO) |
| **DR. BOB MENDLE, et al.,** | ) | |
| | ) | |
| Defendants. | ) | |

ORDER

Upon consideration of plaintiff's "Appeal on Denied Motion for Expedited Hearing" (doc. no. 186), and after an independent and de novo review of the record, it is ORDERED that the magistrate judge's order (doc. no. 185) is affirmed.

DONE, this the 8th day of February, 2016.

　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**