IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| ROLLAND SEAN TOWLES, )<br>)<br>  Plaintiff, )<br>)<br>v. )<br>)<br>DR. BOB MENDEL, et al, )<br>)<br>  Defendants. ) | CIVIL ACTION NO.<br>2:15cv146-MHT<br>(WO) |

**OPINION**

Pursuant to 42 U.S.C. § 1983, plaintiff, a state prisoner, filed this lawsuit complaining about the denial of adequate medical and dental treatment for a myriad of conditions. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that defendants' motion for summary judgment be granted. There are no objections to the recommendation. After an independent and de novo review of the record, and due to plaintiff's failure to present expert medical evidence to support his position and his lack of objection to the recommendation, the

court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 12th day of September, 2017.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE